UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

CASE NO.: 3:16-CV-874-J-34JBT

v.

RACHEAL ANDING
    Defendant,
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT

Plaintiff, UNITED STATES OF AMERICA, by and through its undersigned counsel, moves for entry of a Final Judgment as to Defendant, Racheal Anding. In support of this Motion, Plaintiff states as follows:

1. On July 7, 2016, pursuant to Fed.R.Civ.P. 4(e), Plaintiff served the Defendant with Plaintiff's Summons and Complaint.

2. Defendant failed to answer or otherwise formally respond within the time period prescribed by Fed.R.Civ.P. 12(a).

3. In accordance with the provisions of Fed.R.Civ.P. 55(b)(2), this Court is empowered to enter a default judgment against the Defendant for relief sought by Plaintiff in its Complaint when:

    a. The Defendant was served with copies of the Plaintiff's Summons and Complaint as provided by Fed.R.Civ.P. 4(e)

    b. The Defendant has neither answered nor otherwise responded formally to the Plaintiff's Summons and Complaint, and the time to do so has expired, pursuant to Fed.R.Civ.R. 12(a).

4. Defendant's default was entered by the Deputy Clerk on August 9, 2016. A copy is

1

attached hereto as Exhibit "A".

5. Attached hereto and made part hereof is a copy of the Certificate of Indebtedness, duly sworn to and subscribed, prepared and submitted on behalf of the Department of Education, an agency of the United States of America, on whose behalf this action is brought. See Exhibit "B".

6. As of the date on the Certificate or Indebtedness, the amount due and owing to Plaintiff is $14,858.67 consisting of $11,393.22 in unpaid principal, and $3,465.45 in interest for Claim No.: 2015A62510.

## BILL OF COSTS

Plaintiff, the United States of America, is entitled to recover from Defendant, costs in this proceeding and the following statutory cost for the litigation of this action as set forth below. A copy of the Invoice is attached as Exhibit "C".

Fee for Process Service per 28 U.S.C. § 1921        $50.00

WHEREFORE, Plaintiff requests the entry of default judgment against Defendant, $14,908.67, for the amounts due and owing to it, and has attached hereto a proposed Final Judgment.

Dated: August 15, 2016

Respectfully submitted,

BECKER & POLIAKOFF, P.A.
*Counsel for Plaintiff*
121 Alhambra Plaza, Suite 1000
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Sdavis@bplegal.com

By: _____
Steven M. Davis, Esq.
Florida Bar No. 894249

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served by CM/ECF or the respective mailing address on August 15, 2016 to all counsel or parties of record on the Service List Below.

Steven M. Davis, Esq.

**Service List:**

Racheal Anding
9158 Raptor Drive
Jacksonville, FL 32221
ACTIVE: 8859137_1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:16-CV-874-J-34JBT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RACHEAL ANDING,

    Defendant,
_____/

## FINAL JUDGMENT AND ORDER CLOSING CASE

Pursuant to Federal Rule of Civil Procedure 55(b), it is hereby:

**ORDERED AND ADJUDGED** that:

1. Judgment is entered in favor of the Plaintiff United States of America ("Plaintiff"), and against the Defendant, Racheal Anding ("Defendant"), upon the Complaint [D.E. 1] herein,

2. Plaintiff shall recover of the Defendant the following sums:

**Account No.: 2015A62510**

| | | |
|---|---|---:|
| a. | Principal (after application of all prior payments, credits, and offsets), | $11,393.22 |
| b. | Interest through June 7, 2016 at the rate of 3.50% | $3,465.45 |

plus interest continuing to the date of this judgment and,

| | | |
|---|---|---:|
| c. | Costs | $50.00 |
| **TOTAL:** | | $14,908.67 |

for all of which sums let execution issue.

3. This judgment shall bear interest at the rate as prescribed by 28 USC §1961 and shall be enforceable as provided by 28 U.S.C. § 2001 et seq., 28 U.S.C. §§ 3001- 3307 and Fed. R. Civ. P. 69(a).

4. Plaintiff's address is: Becker & Poliakoff P.A., 121 Alhambra Plaza 10th Floor, Coral Gables, FL 33134 and U.S. Department of Education 50 Beale St., Suite 8601 San Francisco, CA 94105. Defendant's address is: Racheal Anding, 9158 Raptor Drive, Jacksonville, FL 32221.

5. This case is CLOSED and all pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers in Jacksonville, Florida this ___ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc: Steven M. Davis, Esq. (Two Certified Copies)
Racheal Anding(Defendant)

ACTIVE: 8850960_1